The City of Peoria, Appellee, *vs.* The Western Union ·Telegraph Company, Appellant.

*Opinion filed October 24, 1916.*

This case is controlled by the decision in *City of Peoria* v. *Postal Telegraph-Cable Co.* 274 Ill. 568.

Appeal from the Appellate Court for the Second District;—heard in that court on appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding.

Frank T. Miller, and John M. Elliott, (Francis N. Whitney, and Stevens, Miller & Elliott, of counsel,) for appellant.

Richard H. Radley, Corporation Counsel, for appellee.

Per Curiam: This case involves the same ordinance and the same questions that were considered by the court in *City of Peoria* v. *Postal Telegraph-Cable Co.* 274 Ill. 568, and is governed by the decision in that case.

The judgment is affirmed.                *Judgment affirmed.*